■ In the Matter of LORD O. ALLAH, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously affirmed. Memorandum: Special Term properly found that petitioner had no statutory guarantee that he would keep his job in the institutional mess hall *(Matter of Cooper v Smith,* 99 AD2d 644, *affd* 63 NY2d 615; *Matter of Duval v Smith,* 50 AD2d 1066, *lv denied* 38 NY2d 711). We add only that in seeking back pay petitioner would have to resort to an action in the Court of Claims to recover money from the State *(County of Onondaga v New York State Dept. of Correctional Servs.,* 97 AD2d 957, *affd* 62 NY2d 826; Siegel, NY Prac § 570, at 801). (Appeal from judgment of Supreme Court, Wyoming County, Conable, J.—art 78.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MILTON DIXON, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed. Memorandum: Supreme Court properly denied relator's application for a writ of habeas corpus. Relator may not obtain relief in this proceeding for the alleged denial of his right to a speedy trial, especially since he never raised this issue at or before trial *(see, People ex rel. LeMon v Mancusi,* 31 NY2d 679). His claim of ineffective assistance of counsel does not entitle him to habeas corpus relief *(see, People ex rel. Douglas v Vincent,* 50 NY2d 901); nor would he be entitled to relief in the nature of coram nobis because his allegations concerning ineffective assistance of counsel are conclusory and are not supported by evidentiary facts entitling him to a hearing *(see, People v Session,* 34 NY2d 254, 255-256). Relator's other grounds for relief are insufficient since they were raised or could have been on his appeal from the judgment of conviction *(see, People ex rel. Douglas v Vincent,* 67 AD2d 587, *affd* 50 NY2d 901, *supra).* (Appeal from judgment of Supreme Court, Wyoming County, Kane, J.—habeas corpus.) Present—Callahan, J. P., Boomer, Green, Pine and Schnepp, JJ.

■ In the Matter of JOHN PAUL, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants.—Judgments unanimously affirmed *(see, People ex rel. Corcoran v Smith,* 105 AD2d 1142). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Dillon, P. J., Hancock, Jr., Denman, Green and Pine, JJ.